UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.   CR 95-075-04ML

GEORGE PERRY

MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Martin on May 16, 2012. Defendant has filed an objection which this Court has reviewed. The Court finds that Defendant's Objection is a rehash of arguments made before the Magistrate Judge; he does not address any of the deficiencies in his arguments as set forth in the Report and Recommendation.

This Court adopts the Report and Recommendation in its entirety. To the extent Defendant claims that this Court unlawfully delegated the preparation of a payment schedule to the Bureau of Prisons and that this Court failed to consider the factors set forth in 18 U.S.C. § 3664(f)(2), those claims are DISMISSED with prejudice. To the extent Defendant seeks an order setting a payment schedule pursuant to 18 U.S.C. § 3664(k), that claim is DISMISSED without prejudice.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
July 9, 2012